# Court of Appeals
# of the State of Georgia

ATLANTA, September 02, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0153. GREGORY SMITH v. FLORETTE SMITH.**

After the trial court granted Florette Smith a twelve-month protective order under the Family Violence Act, OCGA § 19-13-1 et seq., respondent Gregory Smith filed this direct appeal. We lack jurisdiction.

Appeals of orders in domestic relations cases — including actions arising under the Family Violence Act — must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); *Phaneuf v. Anthony*, 375 Ga. App. 636, 637 (917 SE2d 191) (2025). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Gregory's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 09/02/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*